IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS SHEEHAN,

        Plaintiff,                       No. CIV S-05-2213 WBS JFM PS

    vs.

PAUL SMITH,

        Defendant.               <u>ORDER</u>

_____/

        By order filed November 2, 2005, this matter was set for status conference on March 16, 2006 and the parties were directed to file status reports. On March 8, 2006, defendant filed a status report. Plaintiff has not filed a status report. The March 16, 2006 status conference was vacated by minute order issued March 13, 2006.

        Upon consideration of the defendant's status report on file in this action and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The parties shall exchange lists of expert witnesses no later than May 31, 2006. The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

        2. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by June 30, 2006.

        3. Dispositive motions shall be noticed to be heard by August 31, 2006.

1       4. The pretrial conference is set for October 26, 2006 at 1:30 p.m. in courtroom
2 # 25.  Pretrial statements shall be filed pursuant to Local Rule 16-281.
3       5. Court trial of this matter is set for February 6, 2007 at 9:00 a.m. in courtroom
4 #5 before the Honorable William B. Shubb.  The parties shall file trial briefs pursuant to Local
5 Rule 16-285.
6 DATED:  March 29, 2006.

                        UNITED STATES MAGISTRATE JUDGE

/001; sheehan.so