IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS SHEEHAN,

    Plaintiff,                           No. CIV S-05-2213 WBS JFM PS

    vs.

PAUL SMITH,

    Defendant.                       <u>ORDER</u>

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). On March 28, 2006, defendant filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) or, in the alternative, a motion for summary judgment. No opposition to the motion has been filed.

        Local Rule 78-230(c) provides that opposition to the granting of a motion must be personally served on opposing counsel not less than fourteen days preceding the hearing date or mailed not less than seventeen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. The hearing date of May 4, 2006 is vacated.  Hearing on defendant's motion is
3 | continued to May 25, 2006 at 11:00 a.m. in courtroom no. 25.
4 | 2. Plaintiff shall file opposition, if any he has, to the motion, no later than May
5 | 18, 2006.  Failure to file opposition and appear at the hearing will be deemed as a statement of
6 | non-opposition and shall result in a recommendation that this action be dismissed pursuant to
7 | Federal Rule of Civil Procedure 41(b).
8 | DATED: May 1, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; shehan.noop