IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS SHEEHAN,

      Plaintiff,                    No. CIV S-05-2213 WBS JFM PS

    vs.

PAUL SMITH,

      Defendant.                <u>ORDER</u>

                            /

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 26, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed May 26, 2006, are adopted in full;

1

1    2. Defendant's March 28, 2006 motion to dismiss is granted.

2 DATED:  June 29, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6 /sheehan.jo